## Cheland, Appellant, *v.* Semenza et ux.

*Trusts and trustees—Account—Audit—Equity—Findings—Appeals.*

The appellate court will not reverse a decree in equity confirming an auditor's report on an account of a trustee under a deed of trust, where it is not convinced of reversible error in any of the findings excepted to, nor that the conclusions reached are wrong.

Argued May 16, 1922. Appeal, No. 2, Jan. T., 1923, by plaintiff, from decree of C. P. Lackawanna Co., in equity March T. 1920, No. 8, dismissing exceptions to auditor's report, in case of Anthony Cheland v. Lorenzo Semenza and Rose Semenza, his wife. Before MOSCH-ZISKER, C. J., FRAZER, WALLING, SIMPSON and SCHAFFER, JJ. Affirmed.

Exceptions to report of C. E. Bradbury, Esq., auditor. Before MAXEY, J.

The opinion of the Supreme Court states the case. Exceptions dismissed. Plaintiff appealed.

*Error assigned,* inter alia, was order, quoting it.

*W. W. Watson,* with him *Albert L. Watson,* for appellants.

*A. A. Vosburg,* with him *John H. Bonner,* for appellees.

PER CURIAM, June 24, 1922:

This case involves an attack upon an account of a trustee under a deed of trust. No useful purpose could be served by discussing the various points argued at bar; it is sufficient to say the account was carefully examined by the court below and its auditor, all disputed items being properly vouched and the balance due finally determined. After reviewing the voluminous record, we are not convinced of reversible error in any of the findings excepted to, or that the conclusions reached are wrong.

The decree is affirmed at cost of appellant.